# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BACKPAGE.COM, LLC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No.  4:17-cv-01951 |
| ) | |
| JOSHUA D. HAWLEY., ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

COMES NOW Joshua M. Divine, Deputy Solicitor General, and enters his appearance on behalf of Defendant Joshua D. Hawley.

Respectfully submitted,

**JOSHUA D. HAWLEY**
Attorney General

 /s/ *Joshua M. Divine*
JOSHUA M. DIVINE
Missouri Bar No. 69875
Office of Attorney General
P.O. Box 899
Jefferson City, MO 65102
573-751-4305 telephone
573-751-0774 facsimile
josh.divine@ago.mo.gov

ATTORNEY FOR DEFENDANT
JOSHUA D. HAWLEY

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October, 2017, a true and correct copy of the foregoing was served electronically via the Court's e-filing system upon all counsel of record.

                                            /s/ *Joshua M. Divine*
                                            JOSHUA M. DIVINE