UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BACKPAGE.COM, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>JOSHUA D. HAWLEY, in his official capacity as Attorney General of the State of Missouri,<br><br>        Defendant. | Civil Action No. 4:17 CV 1951 |

## BACKPAGE.COM, LLC'S NOTICE OF APPEAL

COMES NOW PLAINTIFF, Backpage.com, LLC "(Backpage"), by and through undersigned counsel, and pursuant to 28 U.S.C. § 1291 and Federal Rules of Appellate Procedure 3 and 4, to give notice that Plaintiff appeals to the United States Court of Appeals for Eighth Circuit as a matter of right from the District Court's Memorandum and Order dismissing this action (ECF #59).  As the District Court entered its Memorandum and Order November 28, 2017, this Notice of Appeal is timely, and the order is ripe for review.

Plaintiff seeks review of the District Court's Memorandum and Order that (1) granted the Defendant Missouri Attorney General Joshua D. Hawley's Motion to Dismiss (ECF #21); (2) denied as moot Backpage's Motion for Leave to File First Amended Complaint (ECF #51); (3) denied Backpage's Motion for Preliminary Injunction (ECF #11-14); and (4) denied Backpage's Motion for Second Preliminary Injunction to Prevent Enforcement of 15 CSR 60-16.040 (ECF #48-49).  The Court dismissed the original Complaint on abstention grounds under *Younger v. Harris*, 401 U.S. 37 (1971).  Plaintiff appeals because *Younger* abstention was not

properly invoked in this case to decline jurisdiction and to otherwise dispose of this federal action.

        DATED:  December 27, 2017.

        Respectfully submitted,

*/s/ Michael Nepple*

James C. Grant (admitted *pro hac vice*)
Robert E. Miller (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101
(206) 622-3150 (tel.); (206) 757-7700 (fax)
jimgrant@dwt.com
robertmiller@dwt.com

Robert L. Corn-Revere (admitted *pro hac vice*)
Ronald London (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
Suite 800, 1919 Pennsylvania Avenue NW
Washington, DC 20006-3401
(202) 973-4225 (tel.); (202) 973-4499 (fax)
bobcornrevere@dwt.com
ronnielondon@dwt.com

Mark Sableman, MO - 36276
Jan Paul Miller, MO – 58112
Michael L. Nepple, MO – 42082
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri  63101
(314) 552-6000 (tel.); (314) 552-7000 (fax)
msableman@thompsoncoburn.com
jmiller@thompsoncoburn.com
mnepple@thompsoncoburn.com

Attorneys for Plaintiff Backpage.com, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was filed electronically with the Clerk of the Court to be served via operation of the Court's electronic filing system this 27th day of December, 2017, upon all counsel of record.

_____