US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:** Backpage.com, LLC v. Hawley

**USCA#:**

**Case Number:** 4:17-CV-01951-PLC

**Plaintiff:** BACKPAGE.COM, LLC

**Defendant:** JOSHUA D. HAWLEY

**Attorney:** See Docket Sheet

**Attorney:** See Docket Sheet

**Court Reporter(s):** A. Garagnani

Please return files and documents to: Clerk for Eastern District of Missouri

Person to contact about the appeal: Mavis Gaines at (314) 244-7900

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | Paid 12/27/2017 | None | No |
| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
| Yes | No | No | No |

**Criminal Cases/Prisoner Pro Se  Cases Only:**

Is defendant incarcerated?: No    Where:

**Please list all other defendants in this case if there were multiple defendants:**