# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 12, 2018

Mr. Robert Corn-Revere
Mr. Ronald London
DAVIS & WRIGHT
Suite 800
1919 Pennsylvania Avenue, N.W.
Washington, DC  20006-0000

Mr. James Condon Grant
DAVIS & WRIGHT
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045

Mr. Robert Edward Miller
DAVIS & WRIGHT
Suite 2300
777 108th Avenue, N.E.
Bellevue, WA  98004

Mr. Michael Lee Nepple
Mr. Mark Sableman
THOMPSON & COBURN
One US Bank Plaza
505 N. Seventh Street
Saint Louis, MO  63101-1693

RE:  18-1096  Backpage.com, LLC v. Joshua Hawley

Dear Counsel:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

      The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

      Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

      On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is **now mandatory for attorneys** and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

      If you have any questions about the schedule or procedures for the case, please contact our office.

      Michael E. Gans  
      Clerk of Court

DMW

Enclosure(s)

cc:    Mr. Joshua Divine  
      Ms. Alison Marie Garagnani  
      Mr. Gregory J. Linhares  
      Mr. Michael Martinich-Sauter  
      Mr. Dean John Sauer

      District Court/Agency Case Number(s):   4:17-cv-01951-PLC

**Caption For Case Number:   18-1096**

Backpage.com, LLC

        Plaintiff - Appellant

v.

Joshua D. Hawley, Missouri Attorney General, in his official capacity as Attorney General of the State of Missouri

        Defendant - Appellee

**Addresses For Case Participants:   18-1096**

Mr. Robert Corn-Revere
DAVIS & WRIGHT
Suite 800
1919 Pennsylvania Avenue, N.W.
Washington, DC  20006-0000

Mr. James Condon Grant
DAVIS & WRIGHT
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045

Mr. Ronald London
DAVIS & WRIGHT
Suite 800
1919 Pennsylvania Avenue, N.W.
Washington, DC  20006-0000

Mr. Robert Edward Miller
DAVIS & WRIGHT
Suite 2300
777 108th Avenue, N.E.
Bellevue, WA  98004

Mr. Michael Lee Nepple
THOMPSON & COBURN
One US Bank Plaza
505 N. Seventh Street
Saint Louis, MO  63101-1693

Mr. Mark Sableman
THOMPSON & COBURN
One US Bank Plaza
505 N. Seventh Street
Saint Louis, MO  63101-1693

Mr. Joshua Divine
ATTORNEY GENERAL'S OFFICE
207 W. High Street
P.O. Box 899
Jefferson City, MO  65102-0000

Ms. Alison Marie Garagnani
1112 County Road 635
Cape Girardeau, MO  63701

Mr. Gregory J. Linhares
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

Mr. Michael Martinich-Sauter
ATTORNEY GENERAL'S OFFICE
207 W. High Street
P.O. Box 899
Jefferson City, MO  65102-0000

Mr. Dean John Sauer
ATTORNEY GENERAL'S OFFICE
111 N. Seventh Street
Saint Louis, MO  63101-0000