U.S. District Court
Eastern District of Missouri
111 South Tenth Street, Rm 3.300
St. Louis, MO 63102

## RECORDS TRANSMITTAL SHEET

Date:  03/12/2018

Records forwarded to: Clerk, U.S. Court of Appeals

USDC Case:  **4:17-cv-01951-PLC**                      USCA Case:  **18-1096**

Case Caption:  **Backpage.com, LLC v. Hawley**

The following records are forwarded to your office as requested:

(  ) Original File:

(x  ) Transcripts:

(  ) Exhibits:

(X) Clerk's Record on Appeal

(  ) Other:

## U.S.C.A. ACKNOWLEDGMENT

---

| Received | Returned to U.S.D.C. |
|---|---|
| By: | By: |
| Date: | Date: |