UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BACKPAGE.COM, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSHUA D. HAWLEY, in his official capacity as Attorney General of the State of Missouri,<br><br>    Defendant. | No. 4:17 CV 1951 |

**MOTION TO WITHDRAW**

Mark Sableman, Michael Nepple and Jan Paul Miller of Thompson Coburn LLP ("TC"), and Robert Corn-Revere, James C. Grant, and Ronald G. London of Davis Wright Tremaine LLP ("DWT"), hereby move for leave to withdraw as counsel of record for Plaintiffs Backpage.com, LLC and Carl Ferrer ("Backpage.com Plaintiffs").

DWT and TC are withdrawing from this representation based on professional considerations, and because of recent events and communications from Carl Ferrer, CEO of Backpage.com LLC, due to which the undersigned have determined circumstances exist such that they can no longer represent the Backpage.com Plaintiffs.

DWT and TC have each notified the Backpage Plaintiffs in writing, through independent counsel for Mr. Carl Ferrer, of their intent to withdraw from this representation.  Movants understand that Mr. Ferrer may be contacted through Nanci L. Clarence, Clarence Dyer & Cohen LLP, 899 Ellis Street, San Francisco, CA 94109 (415-749-1800).  The undersigned will serve a copy of this submission on the Backpage.com Plaintiffs concurrently with its filing, both directly and through Clarence Dyer & Cohen LLP.

WHEREFORE, for the reasons stated above, the undersigned attorneys request leave to withdraw as counsel herein.

DATED:  May 9, 2018

Respectfully submitted,

/s/ *Mark Sableman*
Mark Sableman, MO - 36276
Jan Paul Miller, MO – 58112
Michael L. Nepple, MO – 42082
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri  63101
(314) 552-6000 (tel.); (314) 552-7000 (fax)
msableman@thompsoncoburn.com
jmiller@thompsoncoburn.com
mnepple@thompsoncoburn.com

James C. Grant
Robert E. Miller
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101
(206) 622-3150 (tel.); (206) 757-7700 (fax)
jimgrant@dwt.com
robertmiller@dwt.com

Robert L. Corn-Revere
Ronald London
DAVIS WRIGHT TREMAINE LLP
Suite 800, 1919 Pennsylvania Avenue NW
Washington, DC 20006-3401
(202) 973-4225 (tel.); (202) 973-4499 (fax)
bobcornrevere@dwt.com
ronnielondon@dwt.com

*Attorneys for Plaintiff Backpage.com, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the foregoing was filed electronically with the Clerk of the Court to be served via operation of the Court's electronic filing system this 9th day of May, 2018 upon all counsel of record.  Also a copy was sent via Federal Express to Carl Ferrer, CEO of Backpage.com, LLC, at 2531 Tumbleweed Way, Frisco, TX 75034, and via email to Carl.Ferrer@protonmail.com, and via Federal Express to Nanci L. Clarence, Clarence Dyer Cohen, LLP, 899 Ellis Street, San Francisco, CA 94109 and via email to nclarence@clarencedyer.com.

/s/ *Mark Sableman*