# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-1096

Backpage.com, LLC

Appellant

v.

Joshua D. Hawley, Missouri Attorney General, in his official capacity as Attorney General of the State of Missouri

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:17-cv-01951-PLC)

_____

**MANDATE**

In accordance with the judgment of 07/10/2018, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 10, 2018

Clerk, U.S. Court of Appeals, Eighth Circuit