IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BACKPAGE.COM, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:17-CV-01951 |
| | ) |
| Attorney General JOSHUA D. HAWLEY, | ) |
| | ) |
| Defendant. | ) |

### ATTORNEY GENERAL'S MOTION TO EXCEED THE PAGE LIMIT FOR MOTION FOR CRIMINAL CONTEMPT AND CIVIL SANCTIONS

Attorney General Joshua D. Hawley respectfully requests this Court's leave to file a Motion for sanctions and criminal contempt against Backpage.com, LLC, in excess of the page limit.  The motion contains 25 pages of text and argument.

The Motion explains in detail several false statements Backpage.com, LLC ("Backpage"), and its counsel made to this Court when Backpage sued the Attorney General based on representations that Backpage and its counsel knew or had reason to believe was false.  The Motion discusses several bases under federal law for imposing the remedies of criminal contempt and civil sanctions against Backpage and its attorneys for their misconduct in this lawsuit.  Exceeding the page limit is appropriate to provide a thorough discussion of these issues and to fully inform this Court of the basis for the Motion.

1

Dated:	July 16, 2018		Respectfully submitted,

**JOSHUA D. HAWLEY**,
Attorney General

 /s/ *D. John Sauer*
D. John Sauer, MO 58721
  First Assistant and Solicitor
Joshua M. Divine, MO 69875
  Deputy Solicitor
Attorney General's Office of Missouri
Post Office Box 899
Jefferson City, MO 65102
Tel: (573) 751-3321
Fax: (573) 751-0774
E-mail: John.Sauer@ago.mo.gov

*Counsel for Respondent*

# CERTIFICATE OF SERVICE

I hereby certify that, on July 16, 2018, a true and correct copy of the foregoing was emailed to the following former attorneys of Backpage and was served by certified mail to the last known address of the registered service agent of Backpage:

Backpage.com, LLC
Via National Corporate Research, Ltd.
1601 Elm St., Ste. 4360
Dallas, TX 75201

James Condon Grant
DAVIS AND WRIGHT LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206-757-8096
Fax: 206-757-7096
Email: jimgrant@dwt.com

Robert Edward Miller
DAVIS AND WRIGHT LLP
777 108th Ave. NE, Suite 2300
Bellevue, WA 98004
425-646-6189
Fax: 425-646-6199
Email: robertmiller@dwt.com

Robert Corn-Revere
DAVIS AND WRIGHT LLP
1919 Pennsylvania Ave., NW, Suite 800
Washington, DC 20006-3401
202-973-4200
Fax: 202-973-4499
Email: bobcornrevere@dwt.com

Ronald Gary London
DAVIS AND WRIGHT LLP
1919 Pennsylvania Ave., NW, Suite 800
Washington, DC 20006-3401
202-973-4200
Fax: 202-973-4499
Email: ronnielondon@dwt.com

Michael L. Nepple
THOMPSON COBURN, LLP
One US Bank Plaza
505 N. 7th Street
St. Louis, MO 63101
314-552-6149
Fax: 314-552-7149
Email: mnepple@thompsoncoburn.com

Mark Sableman
THOMPSON COBURN, LLP
One US Bank Plaza
505 N. 7th Street
St. Louis, MO 63101
314-552-6103
Fax: 314-552-7103
Email: msableman@thompsoncoburn.com

*/s/ D. John Sauer*